IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHYLLIS OLIVER | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 10-7493 |
| | : | |
| CLINICAL PRACTICES OF THE | : | |
| UNIVERSITY OF PENNSYLVANIA, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 4th day of February, 2013, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 16) and the response, reply and sur-reply thereto, and for reasons stated in the accompanying Memorandum Opinion, the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that judgment is entered in favor of Defendants and against Plaintiff. The Clerk of Court is directed to mark this case closed.

> **BY THE COURT:**
> /s/ Mitchell S. Goldberg
> _____
> **Mitchell S. Goldberg, J.**